■ DIANNE STEIN, Respondent, v EVELYN LOPEZ et al., Appellants. [614 NYS2d 273] —In an action to recover damages for personal injuries, etc., the defendants appeal from an order of the Supreme Court, Suffolk County (Gerard, J.), dated

September 17, 1992, which denied their motion for summary judgment dismissing the complaint on the ground that the plaintiff failed to sustain a serious injury.

Ordered that the order is affirmed, with costs.

The medical reports which the defendants submitted in support of their motion failed to make a prima facie showing of entitlement to summary judgment as a matter of law (see, *Pagano v Kingsbury,* 182 AD2d 268). Mangano, P. J., Balletta, O'Brien, Hart and Florio, JJ., concur.